MEDIATION,RULE16,SCHEDO

# U.S. District Court
# District of New Jersey [LIVE] (Camden)
# CIVIL DOCKET FOR CASE #: 1:20−cv−05728−RBK−KMW

READING ROCK NORTHEAST, LLC v. RUSSELL et al
Assigned to: Judge Robert B. Kugler
Referred to: Magistrate Judge Karen M. Williams
Cause: 28:1332 Diversity−Breach of Contract

Date Filed: 05/08/2020
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Mediator**

**HON. THOMAS W. CAVANAUGH, JR.**

**Plaintiff**

**READING ROCK NORTHEAST, LLC**      represented by    **PATRICK J. KEARNEY , JR.**
DUANE MORRIS LLP
30 S. 17TH STREET
PHILADELPHIA, PA 19103
(215) 979−1171
Email: PJKearney@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOSEPH J. PANGARO , IV**
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103
215−979−7336
Email: jjpangaro@duanemorris.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WILLIAM N. RUSSELL, III**      represented by    **JOHN P. SHEA**
KENT & MCBRIDE, PC
1040 KINGS HIGHWAY NORTH
SUITE 600
CHERRY HILL, NJ 08034
(856) 667−3113
Email: jshea@kentmcbride.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DENIS P. MCBRIDE**
KENT & MCBRIDE, PC
1040 KINGS HIGHWAY NORTH
SUITE 600
CHERRY HILL, NJ 08034
(856) 667−3113
Email: dmcbride@kentmcbride.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**RUSSELL CAST STONE, INC.**　　　　represented by　**JOHN P. SHEA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DENIS P. MCBRIDE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**RUSSELL CAST STONE, INC.**　　　　represented by　**DENIS P. MCBRIDE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**WILLIAM N. RUSSELL, III**　　　　represented by　**DENIS P. MCBRIDE**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**READING ROCK NORTHEAST, LLC**　　　　represented by　**PATRICK J. KEARNEY , JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOSEPH J. PANGARO , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2020 | Ï 1 | COMPLAINT against All Defendants ( Filing and Admin fee $ 400 receipt number ANJDC−10791200), filed by Reading Rock Northeast, LLC.(PANGARO, JOSEPH) (Entered: 05/08/2020) |
| 05/08/2020 | Ï 2 | Corporate Disclosure Statement by Reading Rock Northeast, LLC identifying Reading Rock, Inc. as Corporate Parent.. (PANGARO, JOSEPH) (Entered: 05/08/2020) |
| 05/08/2020 | Ï | Judge Robert B. Kugler and Magistrate Judge Karen M. Williams added. (dd, ) (Entered: 05/08/2020) |
| 05/08/2020 | Ï 3 | SUMMONS ISSUED as to WILLIAM N. RUSSELL, III, RUSSELL CAST STONE, INC.. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (cry, ) (Entered: 05/08/2020) |
| 05/08/2020 | Ï | CLERK'S QUALITY CONTROL MESSAGE – The case you electronically filed has been |

| | | |
|---|---|---|
| | | processed, however, the following deficiencies were found: Caption,Party Information, . The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (cry, ) (Entered: 05/08/2020) |
| 05/11/2020 | Ï 4 | NOTICE of Appearance by PATRICK J. KEARNEY, JR on behalf of READING ROCK NORTHEAST, LLC (KEARNEY, PATRICK) (Entered: 05/11/2020) |
| 06/08/2020 | Ï 5 | AFFIDAVIT of Service for Return of Service served on William N. Russell on 6/3/2020, filed by READING ROCK NORTHEAST, LLC. (PANGARO, JOSEPH) (Entered: 06/08/2020) |
| 06/08/2020 | Ï 6 | AFFIDAVIT of Service for Return of Service served on Robyn Jackson on 6/4/2020, filed by READING ROCK NORTHEAST, LLC. (PANGARO, JOSEPH) (Entered: 06/08/2020) |
| 06/25/2020 | Ï 7 | *DEFENDANTS'* ANSWER to Complaint with JURY DEMAND , COUNTERCLAIM against READING ROCK NORTHEAST, LLC by RUSSELL CAST STONE, INC., WILLIAM N. RUSSELL, III.(MCBRIDE, DENIS) (Entered: 06/25/2020) |
| 07/09/2020 | Ï 8 | AMENDED ANSWER to 1 Complaint, 7 Answer to Complaint, Counterclaim , COUNTERCLAIM against READING ROCK NORTHEAST, LLC by RUSSELL CAST STONE, INC., WILLIAM N. RUSSELL, III. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(MCBRIDE, DENIS) (Entered: 07/09/2020) |
| 07/16/2020 | Ï 9 | Order Initial Conference set for 9/17/2020 11:30 AM in Camden – Room 2040 before Magistrate Judge Karen M. Williams.. Signed by Magistrate Judge Karen M. Williams on 7/16/2020. (rtm, ) (Entered: 07/16/2020) |
| 07/16/2020 | Ï | Notice of Judicial Preferences. Click here for the Judge's Individual Procedure Requirements. (rtm, ) (Entered: 07/16/2020) |
| 07/20/2020 | Ï 10 | MOTION for Leave to Appear Pro Hac Vice by READING ROCK NORTHEAST, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Certificate of Service, # 3 Declaration Certification of Jeffrey M. Nye and Certs of Good Standing, # 4 Declaration Certification of Patrick J. Kearney)(PANGARO, JOSEPH) (Entered: 07/20/2020) |
| 07/21/2020 | Ï | CLERK'S QUALITY CONTROL MESSAGE – The Certification of Jeffrey M. Nye attached to the Motion to Appear Pro Hac Vice 10 submitted by JOSEPH PANGARO on 7/20/2020 contains an improper signature. Only Registered Users are permitted to sign electronically filed documents with an s/. PLEASE RESUBMIT THE DOCUMENT WITH A PROPER SCANNED SIGNATURE using the "Certification" event found under Responses and Replies. This submission will remain on the docket unless otherwise ordered by the court. (dmr) (Entered: 07/21/2020) |
| 07/21/2020 | Ï | Set/Reset Deadlines as to 10 MOTION for Leave to Appear Pro Hac Vice . Motion set for 8/17/2020 before Magistrate Judge Karen M. Williams. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 07/21/2020) |
| 07/21/2020 | Ï 11 | CERTIFICATION in Support filed by READING ROCK NORTHEAST, LLC re 10 MOTION for Leave to Appear Pro Hac Vice (PANGARO, JOSEPH) (Entered: 07/21/2020) |
| 07/22/2020 | Ï 12 | MOTION to Dismiss *counts two and three of Defendants' amended counterclaims* by READING ROCK NORTHEAST, LLC. Responses due by 8/3/2020 (Attachments: # 1 Text of Proposed Order, # 2 Brief, # 3 Certificate of Service)(PANGARO, JOSEPH) (Entered: 07/22/2020) |
| 07/22/2020 | Ï | Set/Reset Deadlines as to 12 MOTION to Dismiss *counts two and three of Defendants' amended counterclaims*. Motion set for 8/17/2020 before Judge Robert B. Kugler. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any |

| | | |
|---|---|---|
| | | previous or subsequent orders from the Court. (dmr) (Entered: 07/22/2020) |
| 07/24/2020 | 13 | Rule 7.1(d)(5) Letter for an automatic extension of the return date of a dispositive motion re 12 MOTION to Dismiss *counts two and three of Defendants' amended counterclaims* . (SHEA, JOHN) (Entered: 07/24/2020) |
| 07/27/2020 | Ï | Set/Reset Deadlines as to 12 MOTION to Dismiss *counts two and three of Defendants' amended counterclaims*. Motion set for 9/8/2020 before Judge Robert B. Kugler. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 07/27/2020) |
| 08/25/2020 | 14 | MEMORANDUM in Opposition filed by All Defendants re 12 MOTION to Dismiss *counts two and three of Defendants' amended counterclaims* (Attachments: # 1 Text of Proposed Order Order Denying Plaintiff's Motion to Dismiss, # 2 Certificate of Service Certificate of Service, # 3 Exhibit Exhibit A – Agreement of Sale, # 4 Exhibit Exhibit B – Pltfs Memo of Law)(MCBRIDE, DENIS) (Entered: 08/25/2020) |
| 09/01/2020 | 15 | REPLY BRIEF to Opposition to Motion filed by READING ROCK NORTHEAST, LLC re 12 MOTION to Dismiss *counts two and three of Defendants' amended counterclaims* (Attachments: # 1 Certificate of Service)(PANGARO, JOSEPH) (Entered: 09/01/2020) |
| 09/11/2020 | 16 | TEXT ORDER Until further notice and unless specifically ordered otherwise, all scheduled telephone status conferences and Initial Conferences before the Hon. Karen M. Williams shall occur via teleconference using the Court's conference line. All participants shall dial in to 1−888−684−8852, Access Code 1488577# to connect to the conference at the scheduled time. So Ordered by Magistrate Judge Karen M. Williams on 9/11/2020. (Solomon, D) (Entered: 09/11/2020) |
| 09/17/2020 | 17 | NOTICE of Appearance by JOHN P. SHEA on behalf of All Defendants (SHEA, JOHN) (Entered: 09/17/2020) |
| 09/17/2020 | 18 | SCHEDULING ORDER: Telephone Status Conference set for 12/16/2020 at 10:30 AM before Magistrate Judge Karen M. Williams, etc. Signed by Magistrate Judge Karen M. Williams on 9/17/2020. (dmr) (Entered: 09/17/2020) |
| 09/17/2020 | Ï | Minute Entry for proceedings held before Magistrate Judge Karen M. Williams: Telephone Initial Conference held on 9/17/2020. (nar) (Entered: 09/23/2020) |
| 10/16/2020 | 19 | Letter from Counsel for Plaintiff. (PANGARO, JOSEPH) (Entered: 10/16/2020) |
| 10/22/2020 | 20 | TEXT ORDER Within ten (10) days of the date of this Text Order, the party filing its *pro hac vice* motion 10 11 shall file an amended certified statement of the applicant "disclosing each bar in which the applicant is a member in good standing including the year of admission and the name and address of the official or office maintaining the roll of such members of its bar" as set forth in the amendment to L. Civ. R. 101.1(c) (1) (eff. March 1, 2010); or in lieu thereof, may attach a certificate of good standing. See www.njd.uscourts.gov/court−info/local−rules−and−orders. Ordered by Magistrate Judge Karen M. Williams on 10/22/2020. (Kaplan, C) (Entered: 10/22/2020) |
| 11/02/2020 | 21 | AMENDED DOCUMENT by READING ROCK NORTHEAST, LLC. Amendment to 10 MOTION for Leave to Appear Pro Hac Vice *Amended Certification of Jeffrey M. Nye*. (PANGARO, JOSEPH) (Entered: 11/02/2020) |
| 11/02/2020 | 22 | TEXT ORDER Within ten (10) days of the date of this Text Order, the party filing its *pro hac vice* motion 10 shall file an amended certified statement of the applicant **specifying** "each bar in which the applicant is a member in good standing including the year of admission and the name and address of the official or office maintaining the roll of such members of its bar" as set forth in the |

| | | |
|---|---|---|
| | | amendment to L. Civ. R. 101.1(c) (1) (eff. March 1, 2010); or in lieu thereof, may attach a certificate of good standing. The Amended Document 21 speaks in general terms and is vague as to which courts the applicant is admitted. See www.njd.uscourts.gov/court–info/local–rules–and–orders. Ordered by Magistrate Judge Karen M. Williams (11/2/2020).(Kaplan, C) (Entered: 11/02/2020) |
| 11/16/2020 | 23 | AMENDED DOCUMENT by READING ROCK NORTHEAST, LLC. Amendment to 10 MOTION for Leave to Appear Pro Hac Vice *Amended Certification of Jeffrey M. Nye*. (PANGARO, JOSEPH) (Entered: 11/16/2020) |
| 11/18/2020 | 24 | ORDER Granting 10 Motion for Leave to Appear Pro Hac Vice as to Jeffrey M. Nye, Esquire, etc. Signed by Magistrate Judge Karen M. Williams on 11/17/2020. (dmr) (Entered: 11/18/2020) |
| 12/16/2020 | 25 | TEXT ORDER The Court has scheduled a telephone status conference for February 2, 2021 at 10:30 a.m. All counsel shall dial **1–888–684–8852, Access Code: 1488577#** to connect to the call. So Ordered by Magistrate Judge Karen M. Williams on 12/16/2020. (Kaplan, C) (Entered: 12/16/2020) |
| 12/16/2020 | | Minute Entry for proceedings held before Magistrate Judge Karen M. Williams: Telephone Status Conference held on 12/16/2020. (nar) (Entered: 01/04/2021) |
| 02/02/2021 | 26 | TEXT ORDER On or before February 12, 2021, counsel shall submit a letter to the Court identifying an agreed–upon mediator from the court–certified mediator list. So Ordered by Magistrate Judge Karen M. Williams on 2/2/2021. (Kaplan, C) (Entered: 02/02/2021) |
| 02/02/2021 | | Minute Entry for proceedings held before Magistrate Judge Karen M. Williams: Telephone Status Conference held on 2/2/2021. (nar) (Entered: 02/16/2021) |
| 02/12/2021 | 27 | Letter from John P. Shea. (SHEA, JOHN) (Entered: 02/12/2021) |
| 02/17/2021 | 28 | ORDER FOR MEDIATION. THOMAS W. CAVANAUGH, JR appointed mediator, etc. Signed by Magistrate Judge Karen M. Williams on 2/17/2021. (dmr) (Entered: 02/17/2021) |
| 03/08/2021 | 29 | OPINION. Signed by Judge Robert B. Kugler on 3/8/21. (dd, ) (Entered: 03/09/2021) |
| 03/08/2021 | 30 | ORDER granting 12 Motion to Transfer Counterclaims. Ordered counts two and three of Defendants' counterclaims are severed and transferred to United States District Court for the Southern District of Ohio. Signed by Judge Robert B. Kugler on 3/8/21. (dd, ) (Entered: 03/09/2021) |