**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **READING ROCK NORTHEAST, LLC,** | : | Case No. 1:21-cv-00172 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | **Notice of Appearance of Counsel** |
| **WILLIAM N. RUSSELL, III et al.**, | : | |
| | : | |
| Defendants. | : | |

Notice if hereby given that Peter A. Smith will appear as counsel for Plaintiff Reading Rock Northeast, LLC in the above referenced matter.

Respectfully submitted,

*/s/ Peter A. Saba*
Peter A. Saba (0055535)
Joshua M. Smith (0092360)
STAGNARO, SABA
& PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6715
(513) 533-2999 (fax)
jmn@sspfirm.com
jms@sspfirm.com
**Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served on all counsel of record via CM/ECF this 13th day of April 2021.

/s/ *Peter A. Saba*
Peter A. Saba (0055535)
