# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| **WILLIAM N. RUSSELL, III,** | : | Case No. 1:21-cv-00172 |
| | : | |
| Plaintiff, | : | (Judge Michael R. Barrett) |
| | : | |
| v. | : | **STIPULATION OF DISMISSAL** |
| | : | |
| **READING ROCK NORTHEAST, LLC**, | : | |
| | : | |
| Defendant. | : | |

The parties stipulate under Rule 41(a)(1)(A)(ii) to the dismissal of all claims, with prejudice. Each party is to bear his or its own attorneys' fees and costs.

Respectfully submitted:

*/s/ Jeffrey M. Nye*
Jeffrey M. Nye (0082247)
Joshua M. Smith (0092360)
Peter A. Saba (0055535)
STAGNARO, SABA
& PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6715
(513) 533-2999 (fax)
jmn@sspfirm.com
jms@sspfirm.com
**Attorneys for Reading Rock Northeast, LLC**

*/s/ Stephen A. Weigand*
Stephen A. Weigand (0083573)
Jason W. Palmer (0088336)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, Ohio 45202
(513) 632-0314
(513) 632-0319 (fax)
sweigand@ficlaw.com
jpalmer@ficlaw.com
**Attorneys for William N. Russell, III**

## **CERTIFICATE OF SERVICE**

    I certify a copy of the foregoing was electronically served on all counsel of record via cm/ecf on the date of filing.

                                               */s/ Jeffrey M. Nye*
                                               Jeffrey M. Nye (0082247)